■ In the Matter of Paul C. De Santis, an Attorney, Resignor. [997 NYS2d 663]—Voluntary resignation accepted and

name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Nov. 17, 2014.)